IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| RUDY GONZALES, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | 2:13-CV-104 |
| | § | |
| WILLIAM STEPHENS, Director, | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| | § | |
| Respondent. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION and DENYING PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner has filed with this Court a petition for a federal writ of habeas corpus. On September 7, 2016, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that the instant habeas application be denied. Petitioner filed a Motion for Evidentiary Hearing (ECF No. 38) and a Motion for Time Extension (ECF No. 39), in which he requested additional time to file his objections to the Report and Recommendation. On September 19, 2016, the Court denied the Motion for Time Extension but stated any objections received by September 26, 2016 would be considered. As of this date, no objections to the Magistrate Judge's Report and Recommendation have been filed of record.

Having made an independent examination of the record in this case, the undersigned United States District Judge is of the opinion the Magistrate Judge's Report and Recommendation should be, and hereby is, ADOPTED. Accordingly, the petition for a writ of

habeas corpus is hereby DENIED. Petitioner's Motion for Evidentiary Hearing is also DENIED.

    IT IS SO ORDERED.

    ENTERED this \_\_\_27th\_\_\_ day of \_\_\_September\_\_\_ 2016.

                                                  MARY LOU ROBINSON  
                                                UNITED STATES DISTRICT JUDGE